QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES THOMAS FLOCKER                          **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-00360 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| JAMES THOMAS FLOCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff United States of America, by its counsel, Camil A.
Skipper, Assistant United States Attorney, and defendant James Thomas
Flocker, by his counsel, Federal Defender Quin Denvir, hereby
stipulate and agree that the status conference currently calendared
for October 6, 2005 should be continued to November 3, 2005 at 10:00
a.m. and that time should be excluded through that date under Local
Code T-4.  The government has recently provided 363 pages of

/ / / / /

/ / / / /

/ / / / /

1

discovery, which defense counsel must review with his client.  Defense

counsel will be out of town the week of October 10th.

                                        Respectfully submitted,

                                        MCGREGOR SCOTT
                                        United States Attorney


DATED:   October 4, 2005        /s/ Quin Denvir
                                Telephonically authorized to sign for
                                CAMIL SKIPPER
                                Assistant U. S. Attorney

                                Attorneys for Plaintiff




DATED:   October 4, 2005        /s/ Quin Denvir
                                QUIN DENVIR
                                Federal Defender

                                Attorney for Defendant
                                James Thomas Flocker

                        **O R D E R**

     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.



DATED:   October _7, 2005



                                _____
                                DAVID F. LEVI
                                United States District Judge