```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES THOMAS FLOCKER                       OK/HAV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-05-00360 DFL |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER** |
| JAMES THOMAS FLOCKER, | ) |
| Defendant. | ) |

Plaintiff United States of America, by its counsel, Camil A. Skipper, Assistant United States Attorney, and defendant James Thomas Flocker, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for November 10, 2005 should be continued to Thursday, December 15, 2005 at 10:00 a.m. and that time should be excluded through that date under Local Code T-4.

///

///

///

///

The parties are in the process for arranging for the defense to receive mirror images of the hard drives of the computers on which alleged child pornography was found in order that the defense may retain an expert to analyze those hard drives.

```
                                    Respectfully submitted,

                                    MCGREGOR SCOTT
                                    United States Attorney


DATED:  November 2, 2005            /s/ Quin Denvir
                                    Telephonically authorized to sign for
                                    CAMIL SKIPPER
                                    Assistant U. S. Attorney

                                    Attorneys for Plaintiff




DATED:  November 2, 2005            /s/ Quin Denvir
                                    QUIN DENVIR
                                    Federal Defender

                                    Attorney for Defendant
                                    James Thomas Flocker
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: November 8, 2005

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. v. Flocker
Stipulation/Proposed Order
CR S-05-00360 DFL                    3