QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES THOMAS FLOCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-05-00360 DFL |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| JAMES THOMAS FLOCKER, | |
| Defendant. | |

This cause is before the Court on Defendant's Motion for Discovery of Certain Items Pursuant to Rule 16 and for a Protective Order. The parties, the United States of America, by Assistant United States Attorney Camil Skipper, and defendant, by his attorney, Federal Defender Quin Denvir, have consulted and agreed to entry of the following Order concerning discovery in this matter.

**IT IS HEREBY ORDERED THAT:**

1. The government shall provide the defense team with a bit by bit (also known as mirror image) copy of the hard drive seized from

U. S. v. Flocker
CR S-05-00360 DFL GGH
Protective Order                1

1  defendant's laptop computer and of the hard drive seized from Kevin
2  Lucero's computer, along with copies of any software that includes
3  disks and/or CDs, videos, pictures and e-mail message logs.  If
4  necessary, defendant will provide the blank computer media for copying
5  of same.

6      2.  The hard drive may be used by the defense team subject
7  to the terms of this Protective Order.

8      3.  All such identified matter shall be kept by the defense
9  team in a locked, secure place accessible only to the defense team.
10 The following individuals may examine this material:  (a) any member
11 of the defense team; (b) the defendant, with counsel present; and (c)
12 any expert retained by the defendant to assist in the defense of this
13 case.

14     4.  All individuals who receive access to the materials
15 pursuant to this Protective Order, prior to receiving access to the
16 materials, shall sign a copy of this Protective Order, acknowledging
17 that:  (a) they have reviewed the Protective Order; (b) they
18 understand its contents; (c) they agree that they will only access the
19 digital media for the purposes of preparing a defense for defendant;
20 (d)  they will not make copies of any images within the digital media
21 inconsistent with this Order without further order of the Court; (e)
22 they will not access the digital media from any computer that is
23 connected to the Internet or any local network; and, (f) they
24 understand that failure to abide by this Protective Order will result
25 in sanctions by the Court and may result in state or federal criminal
26 /////
27
28 U. S. v. Flocker
   CR S-05-00360 DFL GGH
   Protective Order                2

charges for possession or dissemination of child pornography or obscene materials.

5. Defense counsel shall be permitted to transfer these materials to any forensic expert retained in this case by common carrier such as Federal Express or United Parcel Service and the forensic expert may return them by the same means.

6. Counsel for the defendant shall promptly file signed copies of this Protective Order.

7. All materials shall be maintained by defense counsel, and shall be used by counsel and any members of his staff and/or expert witness solely and exclusively in connection with this case (including trial preparation, trial and appeals or other related legal proceedings) and for no other purposes.

8. None of the materials shall be copied, printed, electronically mailed, or in any way reproduced, distributed or disseminated absent a specific order of this Court, except that copies may be made for the exclusive purpose of generating exhibits for use at trial.

9. Any computer used to view or analyze the mirror images shall be a "stand alone" computer, that is, not connected to any computer network. Neither the mirror image nor any computer to which it is connected shall be accessible to the Internet.

10. At the conclusion of this case, the defense team shall return the materials to the government so that they may be destroyed. The hard drives and any other media previously provided by the defense team for "mirrored" copies shall be returned to the government by the

defense team for erasure. Thereupon, the erased hard drives and other media shall be returned to the defense team.

11. Defendant reserves the right to renew his motions and/or seek to modify these procedures should an issue arise. The government reserves the right to object to any modification of these procedures, or to seek a modification in these procedures should an issue arise.

12. The parties agree that time will continue to be excluded under 18 U.S.C. § 3161(h)(8) because of the complexity of the factual investigation involved that is required to permit defendant to analyze the aforementioned materials.

13. A copy of this Order shall be kept with the aforementioned materials at all times.

14. The defense team is hereby protected from prosecution while possessing the aforementioned materials because the government has alleged that the defendant's computer hard drive and software, including disks and/or CD Roms contain contraband material and the defense team would necessarily have to view and to possess such contraband while they inspect and examine the aforementioned materials. However, no member of the defense team is protected from prosecution for intentionally violating this Order. An intentional violation of this Protective Order may result in sanctions and/or

/////
/////
/////

U. S. v. Flocker
CR S-05-00360 DFL GGH
Protective Order               4

1 prosecution of persons who possessed, received, copied or distributed
2 contraband (that is, pornography or obscene materials).
3 DATED: November 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 Ddad1/orders.criminal/flocker0360.ord

28 U. S. v. Flocker
CR S-05-00360 DFL GGH
Protective Order                5