QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES THOMAS FLOCKER                           **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-05-00360 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| JAMES THOMAS FLOCKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Plaintiff United States of America, by its counsel, Camil A. Skipper, Assistant United States Attorney, and defendant James Thomas Flocker, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for December 15, 2005 should be continued to Thursday, January 12, 2006 at 10:00 a.m. and that time should be excluded through that date under Local Code T-4.

      The defense is in the process of retaining an expert. After an expert is retained, the parties will arrange for the defense to receive mirror images of the hard drives of the computers on which

alleged child pornography was found in order that an expert can analyze those hard drives.

```
                                Respectfully submitted,

                                MCGREGOR SCOTT
                                United States Attorney


DATED:  December 5, 2005        /s/ Quin Denvir
                                Telephonically authorized to sign for
                                CAMIL SKIPPER
                                Assistant U. S. Attorney

                                Attorneys for Plaintiff




DATED:  December 5, 2005        /s/ Quin Denvir
                                QUIN DENVIR
                                Federal Defender

                                Attorney for Defendant
                                James Thomas Flocker
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December _6, 2005

_____
DAVID F. LEVI
United States District Judge

U.S. v. Flocker
Stipulation/Proposed Order
CR S-05-00360 DFL                    2