DENNIS S. WAKS, #142581
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814      **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
JAMES THOMAS FLOCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S-05-360 DFL |
|                                 ) |  |
|           Plaintiff,            ) |  |
|                                 ) | STIPULATION AND [PROPOSED] ORDER |
|      v.                         ) | CONTINUING STATUS CONFERENCE |
|                                 ) |  |
| JAMES THOMAS FLOCKER,           ) |  |
|                                 ) | Date: February 16, 2006 |
|           Defendant.            ) | Time: 10:00 a.m. |
|                                 ) | Judge: Hon. David F. Levi |
| _____   ) |  |

    Plaintiff United States of America, by its counsel, Camil A. Skipper, Assistant United States Attorney, and defendant James Thomas Flocker, by his counsel, Assistant Federal Defender Matthew C. Bockmon, hereby stipulate and agree that the status conference currently calendered for January 12, 2006 should be continued to Thursday, February 16, 2006 at 10:00 a.m..

    Mr. Flocker's former counsel, Federal Defender Quin Denvir, has recently retired from the Office of the Federal Defender and his case has been reasssigned to new counsel within the office.  Additionally, the defense has retained an expert in this matter and arrangements are

being made to send the hard drives to the expert for computer analysis of those hard drives.  The expert will need adequate time to review and analyze those hard drives and confer with counsel in regard to those results.

IT IS FURTHER ORDERED that the period from the date of the signing of this order to February 16, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:   January 10, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JAMES THOMAS FLOCKER

Dated:   January 10, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon   for
_____
CAMIL A. SKIPPER
Assistant United States Attorney
per telephonic authorization

1 **O R D E R**

2 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

3 Dated: January 11, 2006

_____
DAVID F. LEVI
United States District Judge