```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814          OK/HAV
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JAMES THOMAS FLOCKER
 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     ) No. CR-S-05-360 DFL
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
14      v.                        ) CONTINUING STATUS CONFERENCE
                                  )
15  JAMES THOMAS FLOCKER,         )
                                  ) Date:  March 23, 2006
16              Defendant.        ) Time:  10:00 a.m.
                                  ) Judge: Hon. David F. Levi
17  _____ )

18
```

Plaintiff United States of America, by its counsel, Camil A. Skipper, Assistant United States Attorney, and defendant James Thomas Flocker, by his counsel, Assistant Federal Defender Matthew C. Bockmon, hereby stipulate and agree that the status conference currently calendered for February 16, 2006 should be continued to March 23, 2006 at 10:00 a.m..

This continuance is requested as defense counsel has retained a forensic computer expert in this matter and arrangements are being made to send the hard drives to the expert for computer analysis of those hard drives. The expert will need adequate time to review and analyze

1  those hard drives and confer with counsel in regard to those results.
2       IT IS FURTHER ORDERED that the period from the date of the
3  signing of this order to March 23, 2006 be excluded in computing the
4  time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
6  continuity and preparation of counsel.
7  Dated:  February 8, 2006

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Acting Federal Defender


                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JAMES THOMAS FLOCKER

14 Dated:  February 8, 2006

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon  for
                                    _____
                                    CAMIL A. SKIPPER
                                    Assistant United States Attorney
                                    per telephonic authorization

                                **O R D E R**

21 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
22 Dated:  February 9, 2006

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge