```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JAMES THOMAS FLOCKER
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   ) NO. CR-S-05-0360-DFL
                                )
14             Plaintiff,       )
                                ) ORDER FOLLOWING HEARING
15      v.                      )
                                )
16  JAMES THOMAS FLOCKER,       )
                                ) Chief Judge: Hon. David F. Levi
17             Defendant.       )
                                )
18  _____)
```

19      This matter was before the Court on April 20, 2006 for the
20 defense's Motion to Determine Competency of Defendant.  The government
21 was represented by its counsel, Camil A. Skipper, Assistant United
22 States Attorney.  The defendant was present and represented by Matthew
23 C. Bockmon, Assistant Federal Defender.  Based on defense counsel's
24 representation that defendant suffers paranoid delusions,
25      IT IS ORDERED that a psychiatric examination of the defendant be
26 conducted and that a report be filed with the Court pursuant to the
27 provisions of 18 U.S.C. § 4247(b) and (c).
28      Inasmuch as the defendant is scheduled to be examined by Robin

1  Lin, M.D., on April 27, 2006, the Court designates Dr. Lin to conduct
2  the examination.
3       IT IS ALSO ORDERED that a psychiatric report shall be prepared by
4  Dr. Lin and filed with the Court with copies provided to government and
5  defense counsel no later than May 25, 2006.
6       The report shall include:
7       (1) the defendant's history and present symptoms;
8       (2) a description of the psychiatric, psychological, and medical
9  tests that were employed and their results;
10      (3) the examiner's findings; and
11      (4) the examiner's opinions as to diagnosis, prognosis, and
12 whether the defendant is suffering from a mental disease or defect
13 rendering him mentally incompetent to the extent that he is unable to
14 understand the nature and consequences of the proceedings against him
15 or to assist properly in his defense.  18 U.S.C. § 4247(b)(1)-(4)(A).
16      IT IS ALSO ORDERED that a hearing on the report will be held on
17 June 8, 2006, at 10:00 a.m.
18      Dated: 4/21/2006

                                   /s/ David F. Levi
                                   DAVID F. LEVI
                                   Chief United States District Judge