1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-05-360 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | HEARING AND VACATE TCH AND JURY |
| JAMES THOMAS FLOCKER, | ) | TRIAL DATE;  ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby agreed between the parties that the hearing on defendant's motion for bill of particulars presently set for August 31, 2006, at 10:00 A.M., be continued to September 21, 2006, at 10:00 A.M.  If the motion is not otherwise resolved, the government's response to the motion would be filed by September 7, 2006; the defendant's reply, if any, would be filed by September 14, 2006.  The parties also request that the trial confirmation hearing and jury trial date be vacated.

This Court substituted Michael Aye as defense counsel by order filed August 4, 2006.  The defendant's prior counsel had filed a motion for bill of particulars on July 14, 2006, and set the motion for hearing on August 31, 2006.  Mr. Aye, having only

recently substituted into the case, has not had sufficient time to review the motion, the case file, and discovery. In addition, Mr. Aye will be unavailable the week of August 28, 2006, while attending to a personal matter.

Moreover, in light of Mr. Aye's recent entry into the case, it appears reasonable to the parties to vacate the trial confirmation hearing and jury trial date to allow the defense additional time to prepare. For those reasons, the parties jointly request that time be excluded pursuant to Local Rule T4 until September 21, 2006. (This Court previously excluded time from June 8, 2006, through November 6, 2006, the jury trial date, under local code T4.)

DATED: August 24, 2006                McGREGOR W. SCOTT
                                      United States Attorney


                                  By  /s/ Camil A. Skipper
                                      CAMIL A. SKIPPER
                                      Assistant U.S. Attorney



DATED: August 24, 2006                /s/ Michael J. Aye
                                      MICHAEL J. AYE
                                      Attorney for defendant


## **ORDER**

IT IS HEREBY ORDERED THAT the hearing on defendant's motion presently set for August 31, 2006, is continued to September 21, 2006, at 10:00 A.M. The government's response is due September 7, 2006; a reply, if any, is due by September 14, 2006. The

2

trial confirmation hearing and jury trial date are hereby VACATED.  Good cause having been shown, time is excluded under the Speedy Trial Act from August 4, 2006 through September 21, 2006, to allow counsel reasonable time to prepare.

Counsel for defendant is requested to set the motion for hearing before the Magistrate Judge if the motion is only for a bill of particulars.

Date: 8/25/2006

_____
DAVID F. LEVI
United States District Judge