Michael J. Aye,
Attorney at Law
117 J Street, Suite 202
Sacramento, California  95814
Telephone:  (916) 447-1278
SBN: 96288

Attorney For Defendant                    **OK/HAV**
James Thomas Flocker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 05-360-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| | ) | VACATE TRIAL, VACATE BILL OF |
| | ) | PARTICULARS AND TO EXCLUDE TIME |
| v. | ) | |
| | ) | |
| James Thomas Flocker. | ) | DATE: November 6, 2007 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | CTRM: DFL |
| | ) | |
| _____ | ) | |

    James Thomas Flocker, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Camille Skipper, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Trial Date of November 6, 2006 and set a status conference date to February 8, 2007 10:00 a.m.

    The reason for the delay in these proceedings is two fold, first counsel for defendant has not been adequately able to prepare due other obligations and the existence of a medical condition which at the present time limits the amount of time that he can devote to this, or any other case. Secondly, counsel for defendant is scheduled for an operative procedure to alleviate his medical condition on December 1,

1

2006, which will make him medically unavailable for a period of at least eight weeks. The date suggested by the parties for status is to give the parties and court the ability to set a realistic time schedule in this matter.

In addition, the parties agree that the response of the government to Defendants's Motion For Bill of Particulars, which response was filed September 6, 2006 is sufficient response and that the defense, without prejudice, hereby withdraws its motion.

It is further stipulated and agreed between the parties that the period beginning October 16, 2006 to November 12, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161 (h) (8) (iv) (Local Code T4).

Respectfully submitted,

/s/ Michael Ave
Attorney at Law
Attorney for Defendant
JAMES THOMAS FLOCKER

Dated: November 7, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Camille Skipper
CAMILLE SKIPPER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: November 9, 2006

                    /s/ David F. Levi
                    DAVID F. LEVI
                    U.S. District Judge