1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. S-05-360 DFL
                                )
12           Plaintiff,         )
                                )
13      v.                      )   STIPULATION TO EXCLUDE TIME
                                )   UNDER SPEEDY TRIAL ACT;
14 JAMES THOMAS FLOCKER,        )   ORDER
                                )
15           Defendant.         )
   _____)
16

17      Pursuant to a stipulation and order filed November 13, 2006,
18 this Court vacated the trial date in the above-captioned matter
19 and set a status conference for February 8, 2007.  Unfortunately,
20 an error in the stipulation sought and obtained an exclusion of
21 time under the Speedy Trial Act from October 16, 2006, to
22 November 12, 2006, not February 8, 2007.  Because of the press of
23 matters in anticipation of defense counsel's upcoming surgery and
24 lengthy period of recovery, his office filed the stipulation
25 without correcting this error.
26      It was the agreement of the parties at all times to exclude
27 time under Local Code T4, 18 U.S.C. § 3161(h)(8)(iv), until
28 February 8, 2007.  For that reason, the parties seek a further

1 | order excluding time from November 12, 2006, through February 8,
2 | 2007, for all the reasons set forth in the stipulation and order
3 | filed November 13, 2006.  On November 27, 2006, Michael Aye gave
4 | government counsel verbal permission to affix his electronic
5 | signature to this stipulation.

DATED: November 27, 2006              McGREGOR W. SCOTT
                                      United States Attorney


                                By  /s/ Camil A. Skipper
                                    CAMIL A. SKIPPER
                                    Assistant U.S. Attorney


DATED: November 27, 2006              /s/ Michael J. Aye
                                      MICHAEL J. AYE
                                      Attorney for defendant


**ORDER**

   For the reasons set forth in the stipulation and order filed on November 13, 2006, good cause having been shown, IT IS HEREBY ORDERED THAT time is excluded under the Speedy Trial Act from November 12, 2006, through February 8, 2007, to allow counsel reasonable time to prepare.

Date: November 28, 2006
                                      /s/ David F. Levi
                                      DAVID F. LEVI
                                      Chief Judge