**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Flocker

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,  ) | Case No.: Cr.S-05-360-DLJ |
| Plaintiff,  ) | **ORDER TO VACATE JURY TRIAL AND SET NEW STATUS CONFERENCE** |
| vs.  ) | Date:   **September 18, 2007** |
| James Flocker,  ) | Time:   **10:00 a.m.** |
| Defendant  ) | Judge:  **Hon. D. Lowell Jensen** |

## ORDER

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED**:

    1. The trial confirmation hearing scheduled for September 18, 2007 is vacated.

    2. The jury trial scheduled for October 1, 2007 is vacated.

    3. A status conference is scheduled for October 23, 2007 at 9:00 a.m..

    4. For good cause shown, time is excluded from the Speedy Trial Act calculation from the date of this order through October 23, 2007 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

- 1 -

1 | DATED: 9/12/07

**D. LOWELL JENSEN, Judge**
UNITED STATES DISTRICT COURT