JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:     KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Flocker

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>James Flocker,<br><br>    Defendant | Case No.: Cr.S-05-360-DLJ<br><br>**ORDER TO SET NEW STATUS CONFERENCE**<br><br>Date: November 13, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. D. Lowell Jensen |

## ORDER

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED**:

    1. The trial confirmation hearing scheduled for November 13, 2007 is vacated.

    2. A new status conference is scheduled for _January 15, 2008 @ 9 AM_.

    4. For good cause shown, time is excluded from the Speedy Trial Act calculation from the date of this order through _January 15, 2008_ pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

DATED: 11-5-07

                                                           D. LOWELL JENSEN, Judge
                                                           UNITED STATES DISTRICT COURT