**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:       KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Flocker

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>James Flocker,<br><br>        Defendant | Case No.: Cr.S-05-360-DLJ<br><br>**STIPULATION AND ORDER TO SET NEW STATUS CONFERENCE**<br><br>**Date**:  **January 22, 2008**<br>**Time:  9:00 a.m.**<br>**Judge:  Hon. D. Lowell Jensen** |

## **STIPULATION**

    Plaintiff, United States, and Defendant, James Flocker, through undersigned counsel, hereby stipulate that the status conference hearing scheduled for January 22, 2008 should be vacated and it is requested that a new status conference be scheduled for January 28, 2008 at 2:00 p.m..   Counsel for Mr. Flocker is in trial in U.S. v. Labrecque, Cr.S-03-384-WBS and will be in trial on January 22, 2008, making him unavailable to attend the currently scheduled status conference.

PDF created with pdfFactory trial version www.pdffactory.com

The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of the Court's order hereon through January 28, 2008 pursuant to 18 U.S.C. .§3161(h)(8)(B)(iv) and Local Code T4 to give counsel reasonable time to prepare.

**IT IS SO STIPULATED**

DATED:  January 7, 2008           McGregor W. Scott
                                  United States Attorney

                                  By
                                  /s/ Camil A. Skipper
                                  By Jan Karowsky w/ Ms. Skipper's permission

                                  Camil A. Skipper
                                  Assistant U.S. Attorney

DATED:  January 7, 2008           JAN DAVID KAROWSKY
                                  Attorney at Law
                                  A Professional Corporation

                                  By

                                  /s/ Jan Karowsky
                                  JAN DAVID KAROWSKY
                                  Attorney for Defendant
                                  James Flocker

## **ORDER**

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED**:

    1. The trial confirmation hearing scheduled for January 22, 2008 at 9:00 a.m. is vacated.

    2. A new status conference is scheduled for January 28, 2008 at 2:00 p.m.. For good cause shown, time is excluded from the Speedy Trial Act calculation from the date of this order through January 28, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

PDF created with pdfFactory trial version www.pdffactory.com

- 3 -

1 | **IT IS SO ORDERED.**

DATED:  January 7, 2008

/s/ D. Lowell Jensen
**D. LOWELL JENSEN, Judge**
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com