**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:  (916) 448-0265
Email:       KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Flocker

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>James Flocker,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  Cr.S-05-360-JAM<br><br>**ORDER TO  RE-SET JURY TRIAL AND RE-SET TRIAL CONFIRMATION HEARING** |

## ORDER

Based on the stipulation of the parties, **IT IS HEREBY ORDERED THAT**:

1. The trial confirmation hearing scheduled for March 17, 2009 is vacated.

2. The jury trial scheduled for April 6, 2009 is vacated.

3. The trial confirmation hearing is scheduled for April 14, 2009 at 9:00 a.m..

4. The jury trial is scheduled for May 4, 2009 at 9 a.m..

5. For good cause shown, time is excluded from the Speedy Trial Act calculation from the date of this order through May 4, 2009, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 and further pursuant to 18 U.S.C. § 3161(h)(3)(A)(B) and Local Code M.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED.**

2

3    DATED:  November 21, 2008

4                                                    /s/ John A. Mendez_____
                                                     **John A. Mendez, Judge**
                                                     UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com