<u>**JAN DAVID KAROWSKY**</u> Attorney at Law~A Professional Corporation
716 19th Street, Suite 100 Sacramento, California 95811-1767 (916)447-1134 Fax: (916)448-0265

MEMORANDUM



FILED

NOV 2 4 2008

CLERK U S DISTRICT COURT
ERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

TO: The Honorable John A. Mendez

FROM: Jan Karowsky

DATE: November 20, 2008

RE: Defense Subpoenas in U.S. v. Flocker   *05 cr 360 JAM*

The defense has served approximately ten (10) individuals with trial subpoenas and trial subpoenas duces tecum, including custodians of record in the above-caption case. I am requesting the Court issue the attached order in our effort to save the trouble and expense of re-subpoenaing these witnesses.

One of the witnesses was somewhat hostile and was very difficult to serve. All witnesses agreed to be on standby. We are proposing that the Court issue the below Order. Thereafter, the defense investigator will contact each witness by telephone, confirm their agreement to the new trial date, and then send the attached confirming letter to each witness.

I will prepare new subpoenas as a courtesy to the witnesses and will have my investigator mail them to the witnesses primarily as a reminder of the new trial date.

The following is the letter and Order which we propose:

This letter will confirm our telephone conversation of _____, 2008 at which time we discussed and you agreed that:

1. You have previously been served with a subpoena to appear in United States District Court, Eastern District of California on _____, 2008 at 9:00 a.m., in the courtroom of The Honorable John A. Mendez, in the case of United States of America v. James Flocker, Cr. S-05-360-JAM.

Honorable John A. Mendez
Re: Defense Subpoenas
November 21, 2008
Page 2
Case 2:05-cr-00360-JAM   Document 93   Filed 11/24/08   Page 2 of 3

2. At the time you were served with the subpoena, you understood and agreed that you would not need to appear in court to testify on _____, the date on your subpoena, since you agreed to appear when we reasonably requested you to do so.

3. For various reasons, the case has now been continued to start trial on May 4, 2009 at 9:00 a.m., in the courtroom of The Honorable John A. Mendez, United States District Court, 501 "I" Street, Fourteenth Floor, Courtroom No. 6, Sacramento, California 95814.

4. I have read and explained to you the Order issued by the Judge in this case, a copy of which is included with this letter.

5. You have agreed to appear in court to testify in this case, without need for a further subpoena, pursuant Judge Mendez's Order, upon our reasonable notice to you.

6. We expect we will need you sometime around May 6th or 7th, 2009.

7. I want to re-emphasize that if you move or change your telephone number (residence or cell) between now and April, 2009, you have agreed to call investigator David Kraft at (916) 205-0303, and let him know your new information

8. I also want to re-emphasize, that pursuant Judge John A. Mendez's Order, if you do not appear in Court when we reasonably ask you to, as you have agreed, any failure to appear pursuant to such agreement may be punished as a contempt of court and you could face a fine or incarceration.

If you have any questions whatsoever, please feel free to contact me.

Very truly yours,


David Kraft
Investigator for
Attorney Jan Karowsky

Honorable John A. Mendez
Re: Defense Subpoenas
November 21, 2008
Page 3

## ORDER

The trial date in November, 2008 in U.S. v. James Flocker, Cr.S-05-360-JAM is hereby vacated. However, the witnesses, previously under subpoena for trial in U.S. v. James Flocker are still deemed to be under subpoena and are ordered to appear as originally agreed. However, since the trial date in November, 2008 has been vacated, said witnesses must appear on the date of May 4, 2009, or on a date thereafter, upon reasonable notification from the attorney or from the investigator for defendant, James Flocker. Any failure to appear pursuant to such agreement may be punished as a contempt of court.

**IT IS SO ORDERED.**

Dated: 11-21-08

John A. Mendez, Judge
United States District Court