**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Flocker

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:  Cr.S-05-360-JAM |
| Plaintiff, | **ORDER TO MODIFY PROTECTIVE ORDER OF NOVEMBER 22, 2005** |
| vs. | |
| James Flocker, | |
| Defendant | |

## ORDER

Based on the stipulation of the parties, **IT IS HEREBY ORDERED**:

That Jeff Fischbach, the defense computer expert in this case, may copy any image found on either of the hard drives he possesses under the Protective Order in this case, including but not limited to images which may be contraband, child pornography, and provide them to Jan David Karowsky on CD's or DVD's for Mr. Karowsky's exclusive use for trial preparation and trial. After copying the images to a CD or DVD, Jeff Fischbach shall file a declaration with the court identifying the number of CD's or DVD's provided to counsel for trial preparation and Jan David Karowsky, counsel for defendant, alone, shall maintain exclusive custody of the CD's or DVD's created by the expert until they are turned to the government for destruction or held.

1  Once the case is final, these CD's and/or DVD's shall be turned over to the government to

2  destroy or hold.  All other terms and conditions of the Protective Order entered on November 22,

3  2005 shall remain in full force and effect.

4  **IT IS SO ORDERED.**

5  DATED: August 11, 2009.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

10  Ddad1/orders.criminal/flocker0360.stipord