1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   KYLE REARDON
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )     2:05-CR-00360-JAM
                                  )
12          Plaintiff,            )     *AMENDED* FINAL ORDER OF
                                  )     FORFEITURE
13     v.                         )
                                  )
14 JAMES THOMAS FLOCKER,          )
                                  )
15          Defendant.            )
   _____)
16
17      WHEREAS, on or about March 16, 2010, this Court entered a
18 Preliminary Order of Forfeiture pursuant to the provisions of 18
19 U.S.C. § 2253, based upon the guilty verdicts against defendant
20 James Thomas Flocker and the Court's entry of judgment forfeiting
21 to the United States the following property:
22          a)   A Gateway Solo notebook computer, serial number
                 0017270793, seized on or about October 27, 2004.
23
24      AND WHEREAS, beginning on March 18, 2010, for at least 30
25 consecutive days, the United States published notice of the
26 Court's Order of Forfeiture on the official internet government
27 forfeiture site www.forfeiture.gov.  Said published notice
28 advised all third parties of their right to petition the court

                           1              Final Order of Forfeiture

1  within sixty (60) days from the first day of publication of the

2  notice for a hearing to adjudicate the validity of their alleged

3  legal interest in the forfeited property;

4      AND WHEREAS, the Court has been advised that no third party

5  has filed a claim to the subject property, and the time for any

6  person or entity to file a claim has expired.

7      Accordingly, it is hereby ORDERED and ADJUDGED:

8      1.  An *Amended* Final Order of Forfeiture shall be entered

9  forfeiting to the United States of America all right, title, and

10 interest in the above-listed property pursuant to 18 U.S.C. §

11 2253, to be disposed of according to law, including all right,

12 title, and interest of James Thomas Flocker.

13     2.  All right, title, and interest in the above-listed

14 property shall vest solely in the name of the United States of

15 America.

16     3.  The U.S. Marshals Service shall maintain custody of and

17 control over the subject property until it is disposed of

18 according to law.

19     SO ORDERED this <u>30</u> day of <u>September</u>, 2010.

20

21                         <u>/s/ John A. Mendez</u>
                           JOHN A. MENDEZ
22                         United States District Judge

23

24

25

26

27

28