1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  Telephone:  (916) 447-1134
   Facsimile:  (916) 448-0265
5  Email:      KarowskyLaw@sbcglobal.net

6  Attorney for Defendant
   James Flocker

7
                    **UNITED STATES DISTRICT COURT**
8
            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

   United States of America,                )  Case No.:  Cr.S-05-360-JAM
11                                           )
                    Plaintiff,               )
12                                           )  **STIPULATION AND ORDER TO**
                                             )  **MODIFY AND CONTINUE JAMES**
        vs.                                  )  **FLOCKER'S SELF-SURRENDER DATE**
13                                           )  **FROM October 8, 2010 to    November 8,**
   James Thomas Flocker,                     )  **2010**
14                                           )
                    Defendants               )
15                                           )  **JUDGE:  Hon. John A. Mendez**

16  _____

17
        I, Jan David Karowsky, to hereby declare, under penalty of perjury that the foregoing is
18
   true and correct:
19
        On September 7, 2010, defendant James Flocker was sentenced, in the instant matter, to
20
   84 months imprisonment.  The Court ordered he be allowed to self-surrender on or before
21
   October 8, 2010 at 2:00 p.m..
22
        Subsequently, I telephoned Mr. Flocker on or about September 29, 2010 to determine if
23
   he had received a "designation" from the Bureau of Prisons.  He had not.  After I made a few
24
   telephone calls, I determined, by speaking with Deputy U.S. Marshal Teri McComas, in the
25
   Sacramento Marshal's Service office, that although Mr. Flocker's paperwork is currently in the

                                    - 1 -

1    BOP's system, there is virtually no chance his designation will be made before the Court ordered

2    surrender date of October 8, 2010.

3        Deputy McComas suggested to me, based on her extensive experience with the BOP

4    designation process, that a request be made to the Court for a new self surrender date four weeks

5    past the original self-surrender date, which would be November 8, 2010.  I have spoken to Mr.

6    Flocker and he is prepared to self-surrender to a designated Bureau of Prisons location on or

7    before November 8, 2010 by 2:00 p.m..

8        I declare under penalty of perjury that the preceding is true and correct and that this

9    declaration is executed on September 29, 2010.

10

11            /s/ Jan Karowsky
        Jan David Karowsky

12

13

14    **STIPULATION**

15

16        It is hereby stipulated by and between the Office of the United States Attorney by AUSA

17    Kyle Reardon and defendant, James Flocker, by his attorney of record, Jan David Karowsky, that

18    the previously ordered self-surrender date of October 8, 2010 be modified and a new and

19    different self-surrender date of November 8, 2010 before 2:00 p.m. be ordered by the Court.

20    **IT IS SO STIPULATED.**

21    DATED:    September 30, 2010        JAN DAVID KAROWSKY
        Attorney at Law

22            A Professional Corporation

23            /s/ Jan David Karowsky, Esq.

24        by

25            JAN DAVID KAROWSKY
        Attorney for Defendant
        James Flocker

1  DATED:        September 30, 2010              BENJAMIN B. WAGNER
                                                 United States Attorney
2
                                                 /s/ Kyle Reardon
3
                                                 Assistant U.S. Attorney
4                                                by Jan David Karowsky
                                                 with Mr. Reardon's approval
5

6

7                                    **ORDER**

8

9      **IT IS HEREBY ORDERED** that with respect to defendant James Flocker, the

10  previously ordered self-surrender date of October 8, 2010 is modified and a new and different

11  self-surrender date of November 8, 2010 before 2:00 p.m. is hereby ordered.

12  **IT IS SO ORDERED.**

13  Dated: September 20, 2010                    /s/ John A. Mendez
                                                 **JOHN A. MENDEZ**
14                                               Judge, United States District Court

15

16

17

18

19

20

21

22

23

24

25

- 3 -