KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Appellant
James Flocker

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S. 05-360 JAM |
| Plaintiff, | |
| v. | APPELLANT'S REQUEST FOR TRANSCRIPT OF FIRST JURY TRIAL AND REQUEST FOR SEALED TRANSCRIPT AND ORDER |
| JAMES FLOCKER, | |
| Defendant. | |

James Flocker, by and through counsel Krista Hart, hereby makes two requests for transcripts: (1) a copy of the *in camera* hearing held on April 14, 2009; and (2) a copy of the transcripts of the first jury trial.

Mr. Flocker was convicted by a jury of three counts: transportation, distribution and possession of visual depiction of minor engaged in sexually explicit conduct. The Court sentenced Mr. Flocker to 84 months in prison. The matter is now on appeal in the Ninth Circuit Court of Appeals.

The Court appointed the undersigned to represent Mr. Flocker on the appeal. On September 17, 2010, the undersigned completed and submitted the Transcript Designation and Ordering Form. Dkt 221, Exh A. The undersigned has received most of the transcripts.

*In camera* hearing on April 14, 2009

After reviewing the transcript for the April 14, 2009, trial confirmation

1 hearing it appears the Court and the defense held an *in camera* hearing at the end
2 of the proceedings. The docket sheet does not reference an *in camera* hearing. In
3 order to adequately assess Mr. Flocker's case and to thoroughly analyze all the
4 issues, the undersigned needs to review the transcript. Therefore, the undersigned
5 requests this Court order the court reporter to produce the sealed portion of the
6 transcript and provide a copy to the undersigned, but that the transcript otherwise
7 remain sealed unless or until appellant decides to introduce the issue into the
8 Ninth Circuit appeal.

9 <u>First Jury Trial</u>

10 The undersigned requested a copy of the transcript for the first jury trial.
11 See Exh A, Dkt 221 p. 2. The court reporter did not prepare it. A copy of the
12 transcripts for the first jury trial is necessary to fully assess the state of the
13 evidence, to compare and contrast the difference between the first jury trial (where
14 the jury could not reach a verdict) and the second jury trial wherein the jury
15 convicted Mr. Flocker on all counts. For example, in the second jury trial the
16 government offered additional evidence in the form of Federal Rules of Evidence,
17 Rule 404(b) evidence. (Dkt 172) These were "stories" and e-mails found on Mr.
18 Flocker's computer. The defense objected to the admission of that evidence. (Dkt
19 174). In order to fully assess the impact this evidence had on the trial, it is
20 necessary to compare and contrast the first jury trial to the second jury trial.

21 Therefore, the undersign requests this court to order the court reporter to
22 produce the transcript of the first jury trial and to provide a copy to the
23 undersigned.

24 DATED: February 16, 2011

26                             */s/ Krista Hart*
                            Attorney for Appellant

KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Appellant
James Flocker

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-360 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JAMES FLOCKER, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the transcript of the *in camera* hearing held on April 14, 2009, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal. This Court further orders the court reporter to produce the transcripts for the first jury trial and to provide a copy to attorney Krista Hart. Counsel for appellant will make arrangements to compensate the court reporter pursuant to the Criminal Justice Act.

DATED: 2/16/2011

/s/ John A. Mendez
The Honorable John A. Mendez
U.S. District Court Judge

3