KRISTA HART
Attorney at Law
State Bar #199650
PO Box 188794
Sacramento, California  95818
Telephone: (916) 498-8398
kristahartesq@gmail.com

Attorney for Appellant
James Flocker

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 05-360 JAM |
| Plaintiff, ) ) | **ORDER** |
| v. ) | |
| JAMES FLOCKER ) ) | |
| Defendant. ) | |
| _____ ) | |

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the transcript of the *in camera* hearing held on October 7, 2008, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal. Counsel for appellant will make arrangements to compensate the court reporter pursuant to the Criminal Justice Act.

DATED:  3/11/2011

/s/ John A. Mendez_____
The Honorable John A. Mendez
U.S. District Court Judge

1